**ORIGINAL**

U.S. DISTRICT COURT
DISTRICT OF NEVADA
ENTERED & SERVED

AUG 1 1 2003

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

AUG - 7 2003

CLERK ... OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONALD J. WILLIAMSON | ) | No. CV-N-03-0056-HDM-RAM |
| Plaintiff | ) | |
| vs. | ) | **CONSENT JUDGMENT ENTRY** |
| TIDAL HOLDINGS, ET AL | ) | |
| Defendants | ) | |

The Plaintiff and Defendant Jason Cope, by and through counsel, have entered into an agreement whereby Plaintiff's claim against this Defendant have been compromised and settled. The parties have agreed that a judgment be entered against Defendant Jason Cope in the sum of $110,100.00, the fair market value of the 22,000 shares of SPRI stock at the time this lawsuit was filed, plus court costs.

By further agreement of the parties, execution of the judgment shall be stayed for 45 days from the filing of this Entry if the following condition is met:

   1.   The return of the 22,000 shares of SPRI stock to Plaintiff which will be accepted by Plaintiff as satisfaction of this judgment against Jason Cope;

Failure to return the 22,000 shares of SPRI stock to Plaintiff in a in a timely fashion as described above shall act to immediately remove the stay and permit execution of the full judgment by Plaintiff against Defendant Jason Cope.

Upon the timely return of the 22,000 shares of SPRI stock to Plaintiff, the within judgment shall be satisfied in full against Defendant Jason Cope.

**IT IS SO ORDERED.**

Dated: August 8, 2003

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

_____
Michael J. Morrison
Attorney for Plaintiff

_____
Brian. A. Cook
Attorney for Defendant Jason Cope

_____
Jason Cope

2